UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20112-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN CARLOS LOPEZ,

    Defendant.
_____/

## ORDER ON UNOPPOSED MOTION FOR CHANGE OF ADDRESS

THIS CAUSE is before the Court on the Unopposed Motion for Change of Address filed by the Defendant. (D.E. #114). After reviewing the motion, the file in this cause, and noting no objection to the relief requested, it is **ORDERED AND ADJUDGED** as follows:

(1)    The Unopposed Motion for Change of Address (D.E. #114) is **GRANTED**. The Defendant is permitted to move to 9300 S.W. 153rd Place, Miami, Florida.

(2)    The Defendant shall install a land line at his new address and notify Probation of same.

(3)    **All other terms and conditions of the bond imposed in this case shall remain in full force and effect.**

**DONE AND ORDERED** this 2 day of May, 2011.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE