```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
                          MIAMI DIVISION
                   CASE NO. 11-20112-CR-GRAHAM(s)(s)
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JUAN CARLOS LOPEZ,

        Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Jonathan Goodman, on July 20, 2011. A Report and Recommendation filed on July 29, 2011 Recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Jonathan Goodman, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts One and Two of the Second Superseding Information.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of August, 2011.

                                                    _____
                                                    DONALD L. GRAHAM
                                                    UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Goodman
        Sean T. McLaughlin, AUSA
        Robert Rosenblatt, Esq.
```